AO 450 (GAS Rev 10/03) Judgment in a Civil Case

# United States District Court
## Southern District of Georgia

RITCHIE D. SIMS

JUDGMENT IN A CIVIL CASE

v.

CASE NUMBER:   CV205-151

JORGE L. PASTRANA, Warden;
CARLYLE HOLDER, Warden and
THURBERT E. BAKER, Attorney General

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that in accordance with the Court's Order entered April 11, 2006, adopting the Report

and Recommendation of the Magistrate Judge; judgment is hereby entered granting

Respondent's Motion to dismiss and this case stands dismissed

| April 12, 2006 | Scott L. Poff |
|---|---|
| Date | Clerk |
| | (By) Deputy Clerk |

GAS Rev 10/1/03